**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6220**

───────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

RODNEY EUGENE SMITH,

                                        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  Charles H. Haden II, District Judge.  (CR-01-7)

───────────────

Submitted:  April 17, 2003          Decided:  April 23, 2003

───────────────

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Rodney Eugene Smith, Appellant Pro Se.  Karen B. George, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Eugene Smith appeals the district court's order denying his "Verified Emergency Petition to Arrest Judgment for Lack of Subject Matter Jurisdiction." We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Smith, No. CR-01-7 (S.D.W. Va. Jan. 13, 2003). We deny Smith's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2